_Xavier Lamar S'ubail_    _#F-708643_
Name and Prisoner/Booking Number

_Mule Creek State Prison_
Place of Confinement

_P.O. Box 409020_
Mailing Address

_Ione California [near 95640]_
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
┌─────────────────────────────┐
│           FILED             │
│        May 07, 2019         │
│   CLERK, U.S. DISTRICT COURT │
│ EASTERN DISTRICT OF CALIFORNIA │
└─────────────────────────────┘
```

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

_Xavier Lamar S'ubail_
(Full Name of Plaintiff)          Plaintiff,

v.

(1) _K. Wallace_  _et. al_
(Full Name of Defendant)

(2) _C. King_

(3) _Lamb_

(4) _Hentschel_
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

_(All sued in there official. and individual_
_capacity._

CASE NO. _2:19-cv-0808 EFB (PC)_
_____
(To be supplied by the Clerk)
_"Jury Trial Demanded"_

### CIVIL RIGHTS COMPLAINT
### BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

   ☐ Other: _____

2. Institution/city where violation occurred: _Mule Creek State Prison Ione California [near 95640]_

## B. DEFENDANTS

1. Name of first Defendant: _R. Wallace_ . The first Defendant is employed as:
_CORRECTIONAL OFFICER_ at _Mule Creek State Prison_ .
      (Position and Title)                           (Institution)

2. Name of second Defendant: _C. King_ . The second Defendant is employed as:
_CORRECTIONAL OFFICER_ at _Mule Creek State Prison_ .
      (Position and Title)                           (Institution)

3. Name of third Defendant: _Lamb_ . The third Defendant is employed as:
_CORRECTIONAL COUNSELOR CCI_ at _Mule Creek State Prison_ .
      (Position and Title)                           (Institution)

4. Name of fourth Defendant: _Montochel_ . The fourth Defendant is employed as:
_CPT_ at _Mule Creek State Prison_ .
      (Position and Title)                           (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes ☐ No

2. If yes, how many lawsuits have you filed? _2_ . Describe the previous lawsuits:

a. First prior lawsuit:
1. Parties: _Xavier Lamar Jubead_ v. _Sgt (DARLINGA. et. al._
2. Court and case number: _2:19-cv-01937-AC_
3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Still Pending_

b. Second prior lawsuit:
1. Parties: _Xavier Lamar Jubead_ v. _S. GYLES. et. al_
2. Court and case number: _2:18-cv-02766-KSN_
3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Still Pending_

c. Third prior lawsuit:
1. Parties: _____ v. _____
2. Court and case number: _____
3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _1st AMENDMENT CONST RIGHT, 8th AMENDMENT CONST RIGHT_

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

☐ Basic necessities  ☐ Mail  ☐ Access to the court  ☐ Medical care
☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☑ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Plaintiff Xavier Lamar Sweed, is a Party and a 47 yr old male at C.U.S.P. in Tune (California coords). All named Defendant's are STATE CORRECTIONS, CDCR Employees, and Acting under color of STATE LAW, and are being sued in their Individual and Official capacity. Plaintiff, alleges that they aided, abetted, and gave consent to, and / or ratified one another's actions. That they are responsible for plaintiff's damages.

Following eventual litigation in which Corr. Officer Wallace, attempted to Frame plaintiff, in a case that was later dismissed.

Prison officials again perpetrated violence on Plaintiff in Retaliation.

During the time that plaintiff was assigned to his job as "A FACILITY PORTER, in the Month of DECEMBER 2016, Inmate Machado E91214, contacted plaintiff for a DECLARATION about the events concerning an unrelated case as a result of plaintiff providing the declaration to K. Wallace, took animosity towards plaintiff.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Plaintiff alleges that these named Defendant's took Adverse actions against him in the form of Retaliation and when brought before their Supervisor CCI Lamb, and Capt Hentschel, Plaintiff's complaint fell on DEAF EARS.

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No

b. Did you submit a request for administrative relief on Claim I? ☑ Yes ☐ No

c. Did you appeal your request for relief on Claim I to the highest level? ☑ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

1  CONTINUED FROM P. 3

2

3                    FACTUAL BACKGROUND

4

5   When plaintiff, was released from Administrative Segregation (AD-Seg)

6   , on the date Around 8. 2017, and was housed in "Building #1 Facility

7   A". Within a weeks time span plaintiff, was asked to report to building

8   #1 OFFICE. Yo'hing, and Yo'h.Wallace, defendant(s) were in the office,

9   defendant Yo'hing, gave a speech of (Do's, and Don't's.) The

10  Conversation was solely on the Topic that "IT WILL NOT BE TOLERATED

11  " lool'ing [H]is, Fellow Yo's." along with "No Group lool2's, or

12  STATMENT's, or ASSISTING AnY OTHER INMATES As You DID FOR

13  INMATE MACHADO,."

14  [Yo'hing's, last statment was "I CAN," and "WELL MAKE Your

15  SITUATION REAL'LY BAD." This unlawful Conduct, and speech was

16  aimed at preventing plaintiff from exercising his constitutional RIGHTs.

17      On 11.22.2017, plaintiff was placed in the Assigned Position

18  of a Facility #1 Bld Porter on second Watch from the Hours of 06:30 -

19  12:00 am, and 12:30 -1400 pm.

20      Inspite of defendant(s) Yo C.hing, and Yo h. Wallace,

21  plaintiff was still Assistance [ING] other inmates as a result

22  defendant's promise of Retaliation went into Affect. As plaintiff

23  was not allowed to be let out to work, and other days not

24  allowed to work his full hours. This retaliatory acts continued and

25  on September 15. 2018, plaintiff complained to defendant(s)

26  Supervisor L.t. Allen, about the actions of defendant(s). L.t. Allen,

27  asked plaintiff what was "His" work hours on "His" Duct plaintiff

28  show'd L.t. the duct. L.t. Allen, stated that the hours on

                                                    p 3.A


1. While staff remand in the office, NEGLIGENCE of defendant's "C/o king
2. , C/o K. Wallace's duties of "Safety, and Security."
3.    Plaintiff responded to C/o kings, verbal threat by asking defendant
4. king, was "He" aware that "His" actions of not being Dayroom
5. post violated inmates protective conduct, on August 6. 2018, defend-
6. ant king, replied you will not win this fight, and that plaintiff
7. should be smarter in picking battles with CDCR.
8.    On September 12th 2018, C/o king, told plaintiff that he didn't
9. listen. Plaintiff received a CDCR 115 on sept 12th, and another
10. on sept 18th, and a 128 on Sept 18th. These #3 write up
11. within #7 days were due to plaintiff informing L.t. Allen, defend-
12. ant's supervise of the inmate (S) that where assualted along with
13. informing L.t. Allen, that "I" plaintiff had not been allowed to
14. work (His) full assinged Hours thus there would or should be
15. time sheet / credit.
16.    The conversation's plaintiff had on sept 15th 2018, with L.t. Allen,
17. brought about the sept 18th 2018, CDCR 115, when inwhich these
18. actions (Are) in Retaliation, as well as all the other Act's that
19. have came about in reference since plaintiff's release from Ad-
20. seg, and started his job under defendant's C/o king, and C/o
21. Wallace.
22.    On 9. 29. 2018, plaintiff, re-contacted L.t. Allen, by way of
23. CDCR 22 about plaintiff. still being retaliated against as it is
24. becoming Constantly.
25.    On a later date plaintiff was told by Correctional Counselor
26. CCI Lamb, that he was instructed by defendant C/o king, and
27. C/o Wallace, to take plaintiff to a But-Axwell, and removesth
28. Him from the 2nd Watch porter position which is an unlawful

act by C.C.I. Lamb, working in concert with defendant's King, and Wallace.

Plaintiff, explained to C.C.I. Lamb, that the C.D.C.R. 115's have yet to be adjudicated, where a Not Guilty Finding Had Been Rendered, by a Shr. C.C.I. Lamb's, response was that defendant's King, and Wallace, don't want you working for them any longer, because you push paper / write 602's. So i'm taking you to a committee.

During the committee hearing plaintiff explained the situation to the Capt. Hentschel, who stated that we are Not Here to address that. "As plaintiff explained to the Capt. Hentschel, and the committee the soul reason that plaintiff was here being removed from his job was in retaliation to speaking up on 602's about inmate assaults in Building #1. Then Capt. Hentschel, asked "was it plaintiff that got assaulted?" Plaintiff replied (No). And Capt. Hentschel, "stated if it did not happen to "you" you shouldn't be helping anyone you should mind your business, and you would still have your job, and as a result you would not be here."

To defendant Capt. Hentschel, being a Yard Supervisor "He" ratified the action of defendant's King, and Wallace.

And as defendant Hentschel, concluded it seems you didn't learn your lesson. And plaintiff was excused from committee.

These Evidentiary Facts, when EXCEPTED as True in viewing all reasonable inferences made in favor of plaintiff under legal principles allows plaintiff to state meritorious claims as follow.

p 3.D

1    CAUSE OF ACTION

2

3    RETALIATION

4

5    1.  Plaintiff alleges that defendant(s) state actors took Adverse
6    actions as described above, because of plaintiffs protected rights
7    to complaine about his treatment at the hands of defendant's
8    King, Wallace, Lamb, Hentschel.

9

10   2.  Plaintiff alleges that the above adverse actions Chilied
11   plaintiff 1st AMENDMENT RIGHTS, and that these actions
12   did not legitimately Advance Correctional Goals.

13

14   3.  The actions of defendant's King, Wallace, Lamb, Hentschel
15   where carried out knowingly, and that these actions did have
16   a maliciously and specific intent to cause plaintiff harm,
17   and constituted a 1st, and 14th Amend Const Violation.

18

19   4.  As Supervisors in actions of defendant Lamb, Hentschel,
20   in failing to Correct the wrong doing of defendants King,
21   Wallace, were actions of Conspiring with defendants King,
22   and Wallace, which Cinstituted a violation of plaintiffs
23   1st, and 14th Amend Const. Rights.

24

25   5.  The Actions of Defendant's King, Wallace, Lamb,
26   Hentschel such as violating plaintiff(s) were Carried out
27   maliciously, and sadisticly and Constituted a violation of 1st,
28   and 14th Amend U.S. Const.

                                                        p. 3.E

## CLAIM II

1. State the constitutional or other federal civil right that was violated: *N.A.*

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. *N.A.*

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). *N.A.*

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: _N.A._

2. **Claim III.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   _N.A._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _N.A._

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

INJUNCTIVE RELIEF / "PROSPECTIVE RELIEF"): RESPECTFULLY ASKING THIS COURT TO STOP THIS
PRISON OR PREVENT PLAINTIFF FROM BEING TRANSFERED AS THIS WOULD BE A FORM OF RETALIATION
AND A TACTIC TO DELAY OR LOOSE PROPERTY TO PREVENT PLAINTIFF'S CLAIMS.
COMPENSATORY DAMAGES : $ 40,000.00
PUNITIVE DAMAGES : $ 30,000.00    DUE TO THE DEFENDANTS EVIL MOTIVE INTENT.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May  4th       2019
            DATE                                    SIGNATURE OF PLAINTIFF

Xavier Lamar J'Neial (Pro PER)
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____ (Pro PER)
(Signature of attorney, if any)
M.C.S.P.
P.O. Box 409020
Ione California [near 95640]

(Attorney's address & telephone number)


## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach
more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach
additional pages, be sure to identify which section of the complaint is being continued and number all pages.
Remember, there is no need to attach exhibits to your complaint.