IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER LUMAR J'WEIAL,<br><br>                              Plaintiff,<br><br>     v.<br><br>K. WALLACE, *et al.*,<br><br>                              Defendants. | Case No. 2:19-cv-00808-JDP (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER<br><br>ECF No. 24 |

For good cause shown, defendants' motion to modify the discovery and dispositive motion deadlines set forth in the discovery and scheduling order dated May 21, 2020, ECF No. 17, is granted. ECF No. 24. Accordingly,

1. Defendants may conduct J'Weial's deposition and bring any motion to compel within 90 days of the date of entry of this order; and

2. Dispositive motions shall be filed within 150 days of the date of entry of this order.

IT IS SO ORDERED.

Dated:   November 19, 2020

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28