UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER LUMAR J'WEIAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. WALLACE, *et al.*,<br><br>　　　　　Defendants. | Case No.   2:19-cv-00808-JDP (PC)<br><br>ORDER DENYING MOTION FOR PRODUCTION OF DOCUMENTS<br><br>ECF No. 23 |

　　　　Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. Before the court is plaintiff's motion for production of documents. ECF No. 23. He alleges that he has not received defendants' responses to his requests for production and the deadline for their submission has passed. *Id.* Defendants have filed an opposition stating that plaintiff misunderstood the scheduling order and that their responses were, after the court granted their motion for extension of time, timely submitted. ECF No. 25. Plaintiff has filed a reply that does not dispute that he has received defendants' responses to his requests for production. ECF No. 27. Instead, plaintiff attacks the sufficiency of those responses in what is effectively a new motion to compel. *Id.*

　　　　Defendants correctly state that, after the court granted their extension of time, ECF No. 19, their deadline for submitting discovery responses was October 1, 2020. Those responses, per the pleadings, were submitted and the issue raised in the original motion is now moot. And

plaintiff's arguments regarding the sufficiency of defendants' responses must be raised by separate motion. *See*, *e.g.*, *Bruister v. Asuncion*, No. CV 17-05106-PSG (RAO), 2018 U.S. Dist. LEXIS 225695, *6 (C.D. Cal. 2018) ("Defendants may not raise a new argument, which amounts to an entirely new motion, for the first time in their Reply."). Arguments raised for the first time in a reply deprive the opposing party of an opportunity to respond.

It is ordered that plaintiff's motion for production of documents, ECF No. 23, is denied.

IT IS SO ORDERED.

Dated:    December 29, 2020                     _____
                                                JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE