UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER LUMAR J'WEIAL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>K. WALLACE, *et al.*<br><br>　　　　Defendants. | Case No.   2:19-cv-00808-JDP (PC)<br><br>ORDER THAT THE CLERK OF COURT ASSIGN A DISTRICT JUDGE TO RULE ON THESE FINDINGS AND RECOMMENDATIONS<br><br>FINDINGS AND RECOMMENDATIONS THAT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BE GRANTED AND DEFENDANTS K. WALLACE AND HEINTSCHEL<br><br>OBJECTIONS DUE IN 14 DAYS<br><br>ECF No. 30 |

　　Defendants argue that plaintiff failed to exhaust administrative remedies against defendants Wallace and Heintschel before filing this suit. ECF No. 30. Plaintiff has filed a statement of non-opposition and consented to the dismissal of these two defendants. ECF No. 31. The motion should be granted.

　　It is ORDERED that the Clerk of Court assign a district judge to rule on these findings and recommendations.

Further, it is RECOMMENDED that defendants' motion for summary judgment, ECF No. 30, be granted, that defendants Wallace and Heintschel be dismissed, and that this case proceed only against defendants King and Lamb.

I submit these findings and recommendations to the district judge under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within 14 days of the service of the findings and recommendations, any party may file written objections to the findings and recommendations with the court and serve a copy on all parties.  That document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).  Failure to file objections within the specified time may result in the waiver of rights on appeal.  *See Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).

IT IS SO ORDERED.

Dated:  June 16, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE