UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER LUMAR J'WEIAL,<br><br>Plaintiff,<br><br>v.<br><br>K. WALLACE, et al.,<br><br>Defendants. | No. 2:19-cv-00808-TLN-JDP<br><br><br>**ORDER** |

Plaintiff Xavier Lumar J'Weial ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 16, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 33.) No party has filed any timely objections to the findings and recommendations.

The Court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed June 16, 2021 (ECF No. 33), are ADOPTED IN FULL;

2.  Defendants' Motion for Summary Judgment (ECF No. 30) is GRANTED;

3.  Plaintiff's claims against Defendants Wallace and Heintschel are DISMISSED for failure to exhaust administrative remedies; and

4.  This matter shall proceed only on Plaintiff's claims against Defendants King and Lamb.

IT IS SO ORDERED.

DATED: August 4, 2021

Troy L. Nunley
United States District Judge